UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE WELLS, | No. 2:17-cv-2709 AC P |
| Plaintiff, | |
| v. | ORDER |
| R. KENDALL, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed May 6, 2019, plaintiff was given thirty days to file a second amended complaint. ECF No. 26. The thirty-day period has now passed, and plaintiff has not filed an amended complaint or otherwise responded to the order. Plaintiff will be given one more opportunity to file a second amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days of the service of this order plaintiff may file a second amended complaint.

2. If plaintiff does not file a second amended complaint, the case will proceed on the first amended complaint, as screened, and the undersigned will recommend that the claims against defendants Abrahms, Mcguire, Fuji, and the Doe correctional officers, as well as the Equal

////

1

Protection claim, claims under the Rehabilitation Act and state tort law, and claim for retaliation against Kendall for throwing out his property be dismissed without prejudice.

DATED: June 18, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE