UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE WELLS, | No. 2:17-cv-2709 AC P |
| Plaintiff, | |
| v. | ORDER |
| R. KENDALL, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a request for the status of service of the defendants and objections to the denial of his request for counsel. ECF No. 45.

With respect to plaintiff's request for the status of service, on July 18, 2019, the court ordered the initiation of service of process on the defendants. ECF No. 35. Process directed to defendant Robenson was recently returned unserved because no individual with that name and working at the prison at the time specified in the complaint could be identified. ECF No. 44. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Cal. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention. The other defendants have notified the court that they intend to waive service (ECF No. 43), and the court is currently waiting to receive their waivers.

1

Plaintiff's objection to the denial of his motion for appointment of counsel will be construed as a motion for reconsideration and will be denied. Local Rule 230(j) requires that a motion for reconsideration state "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion." L.R. 230(j)(3). Plaintiff has not provided any new or additional facts, nor has he set forth any other grounds that would warrant granting the motion for counsel. ECF No. 45.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the second amended complaint filed June 28, 2019 (ECF No. 30);

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Robenson;

    b. Two copies of the endorsed second amended complaint filed June 28, 2019; and

    c. One completed summons form.

3. If plaintiff cannot provide the above information, he must show good cause why he is unable to do so.

4. Plaintiff's motion to reconsider the denial of his request for counsel (ECF No. 45) is denied.

DATED: August 26, 2019

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA |
| 10 | |

| | |
|---|---|
| ANDRE WELLS, | No. 2:17-cv-2709 AC P |
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| R. KENDALL, et al., | |
| Defendants. | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

    \_\_1\_\_      completed summons form

    \_\_1\_\_      completed USM-285 form

    \_\_2\_\_      copies of the second amended complaint

DATED:

                                      _____

                                      Plaintiff