UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE WELLS, | No. 2:17-cv-2709 AC P |
| Plaintiff, | |
| v. | ORDER |
| R. KENDALL, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a motion for reconsideration of the order denying his request for appointment of counsel. ECF No. 66. However, it is not clear from the motion whether plaintiff is seeking reconsideration by the undersigned or by a district judge. See L.R. 230(j) (reconsideration may be sought from either magistrate judge or district judge); L.R. 303(c) (request for reconsideration by a district judge "shall be captioned 'Request for Reconsideration by the District Court of Magistrate Judge's Ruling'").

Plaintiff's motion for reconsideration does not provide any new facts and simply reiterates plaintiff's claims that he should be appointed counsel because he is autistic, has limited access to the law library, and must rely on assistance provided by other inmates. As the court previously noted, plaintiff has managed to adequately present his claims without the assistance of counsel despite his limitations. ECF No. 60 at 2. Moreover, this case is currently set for a settlement conference as part of the Post-Screening ADR Project, ECF No. 50, and it appears that plaintiff is

sufficiently capable of representing himself and articulating his position at the settlement conference.

Because plaintiff has a right to seek reconsideration by a district judge, however, one will be assigned to consider the motion pursuant to Fed. R. Civ. P. 72(a) and 28 U.S.C. § 636(b)(1)(A).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Reconsider and to Preserve for Appeal, ECF No. 66, is construed as a Request for Reconsideration by the District Court of Magistrate Judge's Ruling. See Fed. R. Civ. P. 72(a); Local Rule 303(c).

2. The Clerk of the Court shall randomly assign a United States District Judge to this action.

DATED: December 2, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE