UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE WELLS,<br><br>    Plaintiff,<br><br>    v.<br><br>R. KENDALL, et al.,<br><br>    Defendants. | No. 2:17-cv-2709 JAM AC P<br><br><br><br>ORDER |

    A settlement conference was held in this case on January 8, 2020. Because it appeared from the minute order that the parties had agreed to the dismissal of defendant Nicholson only, ECF No. 77, the undersigned ordered defendants Kendall and Lord to answer the complaint, ECF No. 78. Defendants have now clarified that the parties agreed to the dismissal of all defendants and request that the order directing them to answer the complaint be vacated. ECF No. 79. The request will be granted, and the court will await the filing of dispositional documents.

    Accordingly, IT IS HEREBY ORDERED that the January 10, 2020 order directing defendants Kendall and Lord to answer the complaint, ECF No. 78, is VACATED.

DATED: January 14, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE